**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **SAMUEL F. COATES** | * | |
| **Plaintiff** | * | |
| **v.** | * | **Civil Action No. RDB-08-906** |
| **CITY OF ANNAPOLIS, et al.** | * | |
| **Defendants** | * | |

* * * * * * * * *

**DEFENDANTS' CERTIFICATION OF FILING OF STATE COURT DOCUMENTS**

Pursuant to Local Rule 103.5.a, Defendants, City of Annapolis, Michael Schreiber, Individually and in his capacity as an Annapolis City Police Officer, Christian Tucker, Individually and in his capacity as an Annapolis City Police Officer, Miscellaneous Unidentified Annapolis City Police Officers, Individually and in their capacity as Annapolis City Police Officers, and John Does, Annapolis City Police Supervisors, Individually and in their capacity as Annapolis City Police Supervisors ("Defendants") file true and accurate copies of all documents currently on file with the Circuit Court for Anne Arundel County that were not previously filed with Defendants' Notice of Removal. Copies of these documents are attached as Exhibits 1 - 23.

Undersigned counsel hereby certifies that to the best of his knowledge, information and belief, all filings in the State court action have now been filed in this Court.

Respectfully submitted,

/S/

Dated: May 12, 2008

Rignal W. Baldwin, Jr.
Federal Bar No. 01219
rwb@bbkmlaw.com
Jonathan P. Kagan
Federal Bar No. 23181
jpk@bbkmlaw.com
BRASSEL BALDWIN KAGAN & MAY, P.A.
112 West Street
Annapolis, MD 21401
410-974-9200
410-974-9241 (Facsimile)

Counsel for Defendants,
City of Annapolis, Michael Schreiber, Christian Tucker, Miscellaneous Unidentified Annapolis City Police Officers, and John Does, Annapolis City Police Supervisors

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12TH day of May, 2008, a true and accurate copy of the foregoing Defendants' Certification of Filing of State Court Documents was mailed first-class, postage prepaid, to:

Samuel F. Coates, *Pro Se*
28 K Street, N.W.
Washington, D.C. 20001

/S/

Rignal W. Baldwin, Jr.