CIRCUIT COURT FOR ANNE ARUNDEL COUNTY
Robert P. Duckworth
Clerk of the Circuit Court
7 Church Circle
Post Office Box 71
Annapolis, MD 21404-0071
(410)-222-1420, TTY for Deaf: (410)-222-1429
Civil (410)222-1431

# W R I T O F S U M M O N S

Case Number: 02-C-07-123199 IT

Case Folder ID: C07123199V01

C I V I L

Samuel F Coates, et al vs Michael Schreiber, et al

STATE OF MARYLAND, ANNE ARUNDEL COUNTY, TO WIT:

To: City Of Annapolis

160 Duke Of Gloucester Street
Annapolis, MD 21401

You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this Court, to the attached Complaint filed by:

Samuel F Coates

WITNESS the Honorable Chief Judge of the Fifth Judicial Circuit of Maryland.

Date Issued: 06/12/07

Robert P. Duckworth
Clerk of the Circuit Court, per acs

To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOWED MAY RESULT IN A JUDGMENT BY DEFAULT TO THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.

TRUE COPY,
TEST: Robert P. Duckworth, Clerk
By: ______________ Deputy

*** * * * S H E R I F F ' S R E T U R N * * * ***

CIRCUIT COURT FOR ANNE ARUNDEL COUNTY, MARYLAND

Case Number: 02-C-07-123199
Case Folder ID: C07123199V01

Samuel F Coates, et al vs Michael Schreiber, et al

To: **City Of Annapolis**

Sheriff fee:____________________ By:____________________________________

Served:____________________________________________________________

Time:____________________ Date:________________________________________

Unserved (Reason):________________________________________________

Instructions to Private Process:

1. This summons is effective for service only if served 60 days after the date issued.
2. Proof of service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, Please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, Process server shall file a separate affidavit as required by Rule 2-126(a).

RECEIVED
JUN 29 2007
OFFICE OF LAW

CIRCUIT COURT FOR ANNE ARUNDEL COUNTY
Robert P. Duckworth
Clerk of the Circuit Court
7 Church Circle
Post Office Box 71
Annapolis, MD 21404-0071
(410)-222-1420, TTY for Deaf: (410)-222-1429
Civil (410)222-1431

# W R I T O F S U M M O N S

Case Number: 02-C-07-123199 IT

Case Folder ID: C07123199V01

C I V I L

Samuel F Coates, et al vs Michael Schreiber, et al

STATE OF MARYLAND, ANNE ARUNDEL COUNTY, TO WIT:

To: Michael Schreiber

199 N. Taylor Avenue
Annapolis, MD 21401

You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this Court, to the attached Complaint filed by:

Samuel F Coates

WITNESS the Honorable Chief Judge of the Fifth Judicial Circuit of Maryland.

Date Issued: 06/12/07

Robert P. Duckworth
Clerk of the Circuit Court, per acs

To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOWED MAY RESULT IN A JUDGMENT BY DEFAULT TO THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.

TRUE COPY,
TEST: Robert P. Duckworth, Clerk
By: ______ Deputy

*** * * * S H E R I F F' S R E T U R N * * * ***

CIRCUIT COURT FOR ANNE ARUNDEL COUNTY, MARYLAND

Case Number: 02-C-07-123199
Case Folder ID: C07123199V01

Samuel F Coates, et al vs Michael Schreiber, et al

To: **Michael Schreiber**

Sheriff fee:____________________By:____________________________________

Served:________________________________________________________________

Time:____________________Date:__________________________________________

Unserved (Reason):______________________________________________________

Instructions to Private Process:

1. This summons is effective for service only if served 60 days after the date issued.
2. Proof of service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, Please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, Process server shall file a separate affidavit as required by Rule 2-126(a).

RECEIVED
JUN 29 2007
OFFICE OF LAW

CIRCUIT COURT FOR ANNE ARUNDEL COUNTY
Robert P. Duckworth
Clerk of the Circuit Court
7 Church Circle
Post Office Box 71
Annapolis, MD 21404-0071
(410)-222-1420, TTY for Deaf: (410)-222-1429
Civil (410)222-1431

W R I T O F S U M M O N S

Case Number: 02-C-07-123199 IT

Case Folder ID: C07123199V01

C I V I L

Samuel F Coates, et al vs Michael Schreiber, et al

STATE OF MARYLAND, ANNE ARUNDEL COUNTY, TO WIT:

To: Christian Tucker

199 N. Taylor Avenue
Annapolis, MD 21401

You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this Court, to the attached Complaint filed by:

Samuel F Coates

WITNESS the Honorable Chief Judge of the Fifth Judicial Circuit of Maryland.

Date Issued: 06/12/07

Robert P. Duckworth
Clerk of the Circuit Court, per acs

To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOWED MAY RESULT IN A JUDGMENT BY DEFAULT TO THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.

TRUE COPY,
TEST: Robert P. Duckworth, Clerk
By: ________ Deputy

**** S H E R I F F' S R E T U R N ****

CIRCUIT COURT FOR ANNE ARUNDEL COUNTY, MARYLAND

Case Number: 02-C-07-123199
Case Folder ID: C07123199V01

Samuel F Coates, et al vs Michael Schreiber, et al

To: **Christian Tucker**

Sheriff fee:____________________By:______________________________________

Served:______________________________________________________________

Time:____________________Date:__________________________________________

Unserved (Reason):_____________________________________________________

Instructions to Private Process:

1. This summons is effective for service only if served 60 days after the date issued.
2. Proof of service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, Please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, Process server shall file a separate affidavit as required by Rule 2-126(a).

RECEIVED
JUN 29 2007
OFFICE OF LAW

CIRCUIT COURT FOR ANNE ARUNDEL COUNTY
Robert P. Duckworth
Clerk of the Circuit Court
7 Church Circle
Post Office Box 71
Annapolis, MD 21404-0071
(410)-222-1420, TTY for Deaf: (410)-222-1429
Civil (410)222-1431

W R I T O F S U M M O N S

Case Number: 02-C-07-123199 IT

Case Folder ID: C07123199V01

C I V I L

Samuel F Coates, et al vs Michael Schreiber, et al

STATE OF MARYLAND, ANNE ARUNDEL COUNTY, TO WIT:

To: Miscellaneous Unidentified Annapolis City Police Officers

199 N. Taylor Avenue
Annapolis, MD 21404

You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this Court, to the attached Complaint filed by:

Samuel F Coates

WITNESS the Honorable Chief Judge of the Fifth Judicial Circuit of Maryland.

Date Issued: 06/12/07

Robert P. Duckworth
Clerk of the Circuit Court, per acs

To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOWED MAY RESULT IN A JUDGMENT BY DEFAULT TO THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.

TRUE COPY
TEST: Robert P. Duckworth, Clerk
By: Deputy

**** S H E R I F F' S R E T U R N ****

CIRCUIT COURT FOR ANNE ARUNDEL COUNTY, MARYLAND

Case Number: 02-C-07-123199
Case Folder ID: C07123199V01

Samuel F Coates, et al vs Michael Schreiber, et al

To: **Miscellaneous Unidentified Annapolis City Police Officers**

Sheriff fee:____________________By:________________________________________

Served:______________________________________________________________________

Time:____________________Date:_____________________________________________

Unserved (Reason):___________________________________________________________

Instructions to Private Process:

1. This summons is effective for service only if served 60 days after the date issued.
2. Proof of service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, Please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, Process server shall file a separate affidavit as required by Rule 2-126(a).

RECEIVED
JUN 29 2007
OFFICE OF LAW