2007 JUN 14 A 11:41

**Circuit Court for** Anne Arundel County, Maryland

City or County

# CIVIL–NON-DOMESTIC CASE INFORMATION REPORT

*Directions:*

*Plaintiff: This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Judge of the Court of Appeals pursuant to Rule 2-111(a). A copy must be included for each defendant to be served.*

*Defendant: You must file an Information Report as required by Rule 2-323(h).*

*THIS INFORMATION REPORT CANNOT BE ACCEPTED AS AN ANSWER OR RESPONSE*

FORM FILED BY: ☑ PLAINTIFF ☐ DEFENDANT CASE NUMBER: ____________ (Clerk to insert)

CASE NAME: Samuel F. Coates v City of Annapolis, et. al.
(Plaintiff) (Defendant)

JURY DEMAND: ☑ Yes ☐ No

RELATED CASE PENDING? ☐ Yes ☑ No If yes, Case #(s), if known: ____________

Anticipated length of trial: ______ hours or 2 days

**Special Requirements?** ☐ Interpreter/communication impairment Which language ____________
(Attach Form 1-332 if Accommodation or Interpreter Needed) Which dialect ____________
☐ ADA accommodation: ____________

**NATURE OF ACTION** (CHECK ONE BOX)

**TORTS**
- ☐ Motor Tort
- ☐ Premises Liability
- ☑ Assault & Battery
- ☐ Product Liability
- ☐ Professional Malpractice
- ☐ Wrongful Death
- ☐ Business & Commercial
- ☐ Libel & Slander
- ☑ False Arrest/Imprisonment
- ☐ Nuisance
- ☐ Toxic Torts
- ☐ Fraud
- ☐ Malicious Prosecution
- ☐ Lead Paint
- ☐ Asbestos
- ☐ Other ____________

**LABOR**
- ☐ Workers' Comp.
- ☐ Wrongful Discharge
- ☐ EEO
- ☐ Other ____________

**CONTRACTS**
- ☐ Insurance
- ☐ Confessed Judgment
- ☐ Other

**REAL PROPERTY**
- ☐ Judicial Sale
- ☐ Condemnation
- ☐ Landlord Tenant
- ☐ Other

**OTHER**
- ☐ Civil Rights
- ☐ Environmental
- ☐ ADA
- ☐ Other ____________

**DAMAGES/RELIEF**

**A. TORTS**

**Actual Damages**
- ☐ Under $7,500
- ☐ $7,500 - $50,000
- ☐ $50,000 - $100,000
- ☑ Over $100,000
- ☐ Medical Bills $ 1,000
- ☐ Property Damages $ ______
- ☐ Wage Loss $ ______

**B. CONTRACTS**
- ☐ Under $10,000
- ☐ $10,000 - $20,000
- ☐ Over $20,000

**C. NONMONETARY**
- ☐ Declaratory Judgment
- ☐ Injunction
- ☐ Other ____________

**ALTERNATIVE DISPUTE RESOLUTION INFORMATION**

Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)

A. Mediation ☑ Yes ☐ No
B. Arbitration ☐ Yes ☐ No
C. Settlement Conference ☑ Yes ☐ No
D. Neutral Evaluation ☐ Yes ☐ No

**TRACK REQUEST**

*With the exception of Baltimore County and Baltimore City, please fill in the estimated LENGTH OF TRIAL. THIS CASE WILL THEN BE TRACKED ACCORDINGLY.*

- ☐ ½ day of trial or less
- ☐ 1 day of trial time
- ☑ 2 days of trial time
- ☐ 3 days of trial time
- ☐ More than 3 days of trial time

PLEASE SEE PAGE TWO OF THIS FORM FOR INSTRUCTIONS PERTAINING TO THE BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM AND ADDITIONAL INSTRUCTIONS IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE COUNTY, BALTIMORE CITY, OR PRINCE GEORGE'S COUNTY.

*Date* 6/14/07 *Signature* Sanda J. Cox

Effective January 1, 2003