7-13

| | | |
|---|---|---|
| SAMUEL F.COATES | * | IN THE |
| Plaintiff | * | CIRCUIT COURT |
| v. | * | FOR |
| CITY OF ANNAPOLIS, *et. al.* | * | ANNE ARUNDEL COUNTY |
| Defendants | * | CASE NO. C-07-123199 |

*******************************************************

## NOTICE OF SERVICE

**TO THE CLERK OF THE COURT:**

Pursuant to the Maryland Rules, Rule 2-402(e)(1), Samuel F. Coates, Plaintiff by and through his attorneys Linda T. Cox, Esquire and the Law Offices of Linda T. Cox, P.A. hereby files the following Notice of Service of the below mentioned documents retaining on file the original:

__X__ Affidavit of Service by Private Process Server

Linda T. Cox, Esquire
1610 West Street, Suite 207
Annapolis, Maryland 21401
(410) 263-5855
Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 13th day of July, 2007, a copy of the foregoing Notice of Service was sent First Class Mail, postage prepaid to City of Annapolis, 160 Duke of Gloucester Street, Annapolis, Maryland 21401; Michael Schreiber, 199 N. Taylor Avenue, Annapolis, Maryland 21401; Christian Tucker, 199 N. Taylor Avenue, Annapolis, Maryland 21401; Miscellaneous Unidentified Annapolis City

Police Officers, 199 N. Taylor Avenue, Annapolis, Maryland 21401; Shaem C.P. Spencer, City Attorney, 145 Gorman Street, 3rd Floor, Annapolis, Maryland 21401.

Linda T. Cox, Esquire

**IN THE CIRCUIT COURT OF MARYLAND FOR ANNE ARUNDEL COUNTY**

| | | |
|---|---|---|
| **SAMUEL F. COATES** | * | |
| **Plaintiff** | | |
| **v.** | * | **CASE NO. 02- C-07-123199** |
| **CITY OF ANNAPOLIS**<br>**MICHAEL SCHREIBER**<br>**CHRISTIAN TUCKER**<br>**MISCELLANEOUS UNIDENTIFIED**<br>**ANNAPOLIS CITY POLICE OFFICERS** | * | |
| **Defendants** | * | |

*****************************************************************************

**AFFIDAVIT OF SERVICE BY PRIVATE PROCESS SERVER**

I, the undersigned, hereby certify as follows:

1. That I am a competent private person over the age of eighteen years and am not a party to this action.

2. That I served process upon Ms. Karen H. Steele, Legal Assistant to Shaem C. P. Spencer, City Attorney for the City of Annapolis at 145 Gorman Street, 3rd Fl.,Annapolis, Md 21401 on June 29, 2007 at 9:40 a.m./p.m. by delivering and leaving with the person served a **WRIT OF SUMMONS AND COMPLAINT** filed in the above captioned case.

I do solemnly declare and affirm under the penalties of perjury that the matters and facts set forth herein are true and correct.

Respectfully submitted,

Kathy Chopper

Signature

Printed Name: Kathy Chopper

Address: 40 Jamar Drive

City/State/Zip: Severna Park, Md 21146

Phone: 410-544-4546

IN THE CIRCUIT COURT OF MARYLAND FOR ANNE ARUNDEL COUNTY

| | | |
|---|---|---|
| SAMUEL F. COATES<br><br>Plaintiff | * | |
| v. | * | CASE NO. 02- C-07-123199 |
| CITY OF ANNAPOLIS<br>MICHAEL SCHREIBER<br>CHRISTIAN TUCKER<br>MISCELLANEOUS UNIDENTIFIED<br>ANNAPOLIS CITY POLICE OFFICERS<br><br>Defendants | *<br>* | |

*********************************************************************************

**AFFIDAVIT OF SERVICE BY PRIVATE PROCESS SERVER**

I, the undersigned, hereby certify as follows:

1. That I am a competent private person over the age of eighteen years and am not a party to this action.

2. That I served process upon Ms. Karen H. Steele for Michael Schreiber, Individually and in his capacity as an Annapolis City Police Officer at 145 Gorman Street, 3rd Fl.,Annapolis, Md 21401 on June 29, 2007 at 9:40 a.m./p.m. by delivering and leaving with the person served a **WRIT OF SUMMONS AND COMPLAINT** filed in the above captioned case.

3. Ms. Karen H. Steele, Legal Assistant for the City of Annapolis is authorized to accept service on behalf of Michael Schreiber, Police Officer for the City of Annapolis, Md.

I do solemnly declare and affirm under the penalties of perjury that the matters and facts set forth herein are true and correct.

Respectfully submitted,

Kathy Chopper
Signature
Printed Name: Kathy Chopper
Address: 40 Jamar Drive
City/State/Zip: Severna Park, Md 21146
Phone: 410-544-4546

IN THE CIRCUIT COURT OF MARYLAND FOR ANNE ARUNDEL COUNTY

| | | |
|---|---|---|
| SAMUEL F. COATES<br><br>Plaintiff | * | |
| v. | * | CASE NO. 02- C-07-123199 |
| CITY OF ANNAPOLIS<br>MICHAEL SCHREIBER<br>CHRISTIAN TUCKER<br>MISCELLANEOUS UNIDENTIFIED<br>ANNAPOLIS CITY POLICE OFFICERS | * | |
| Defendants | * | |

*************************************************************************************

**AFFIDAVIT OF SERVICE BY PRIVATE PROCESS SERVER**

I, the undersigned, hereby certify as follows:

1. That I am a competent private person over the age of eighteen years and am not a party to this action.

2. That I served process upon Ms. Karen H. Steele for Christian Tucker, Individually and in his capacity as an Annapolis City Police Officer at 145 Gorman Street, 3rd Fl.,Annapolis, Md 21401 on June 29, 2007 at 9:40 a.m./p.m. by delivering and leaving with the person served a **WRIT OF SUMMONS AND COMPLAINT** filed in the above captioned case.

3. Ms. Karen H. Steele, Legal Assistant for the City of Annapolis is authorized to accept service on behalf of Christian Tucker, Police Officer for the City of Annapolis, Md.

I do solemnly declare and affirm under the penalties of perjury that the matters and facts set forth herein are true and correct.

Respectfully submitted,

Kathy Chopper
Signature
Printed Name: Kathy Chopper
Address: 40 Jamar Drive
City/State/Zip: Severna Park, Md 21146
Phone: 410-544-4546

IN THE CIRCUIT COURT OF MARYLAND FOR ANNE ARUNDEL COUNTY

| | | |
|---|---|---|
| SAMUEL F. COATES<br>Plaintiff | * | |
| v. | * | CASE NO. 02- C-07-123199 |
| CITY OF ANNAPOLIS<br>MICHAEL SCHREIBER<br>CHRISTIAN TUCKER<br>MISCELLANEOUS UNIDENTIFIED<br>ANNAPOLIS CITY POLICE OFFICERS<br>Defendants | *<br>* | |

********************************************************************************

**AFFIDAVIT OF SERVICE BY PRIVATE PROCESS SERVER**

I, the undersigned, hereby certify as follows:

1. That I am a competent private person over the age of eighteen years and am not a party to this action.

2. That I served process upon Ms. Karen H. Steele for Miscellaneous Unidentified Annapolis City Police Officers at 145 Gorman Street, 3rd Fl.,Annapolis, Md 21401 on June 29, 2007 at 9:40 (a.m.)/p.m. by delivering and leaving with the person served a **WRIT OF SUMMONS AND COMPLAINT** filed in the above captioned case.

3. Ms. Karen H. Steele, Legal Assistant for the City of Annapolis is authorized to accept service on behalf of Miscellaneous Unidentified Police Officers for the City of Annapolis, Md.

I do solemnly declare and affirm under the penalties of perjury that the matters and facts set forth herein are true and correct.

Respectfully submitted,

Kathy Chopper

Signature

Printed Name: Kathy Chopper

Address: 40 Jamar Drive

City/State/Zip: Severna Park, Md 21146

Phone: 410-544-4546