| | | |
|---|---|---|
| **SAMUEL F.COATES** | * | **IN THE** |
| **Plaintiff** | * | **CIRCUIT COURT** |
| **v.** | * | **FOR** |
| **CITY OF ANNAPOLIS, *et. al.*** | * | **ANNE ARUNDEL COUNTY** |
| **Defendants** | * | **CASE NO. C-07-123199** |

**************************************************

## MOTION FOR EXTENSION OF TIME

Samuel F. Coates, Plaintiff by his counsel, the Law Offices of Linda T. Cox, P.A. and Linda T. Cox, Esquire, hereby files this Motion for Extension of Time, and for good cause states as follows:

1. That this matter arises out of injuries to Plaintiff, Samuel F. Coates sustained as the result of Plaintiff's wrongful arrest and imprisonment by Defendant Annapolis City Police Officers on June 10, 2006.

2. That the undersigned hereby requests a 15 day extension until August 21, 2007 to respond to Defendants Motion to Dismiss.

3. That no party will be prejudiced by an extension as Defendants have filed a preliminary Motion to Dismiss Plaintiff's claim and no trial date has been set.

**WHEREFORE,** the Plaintiff respectfully requests that the Court grant this Motion for Extension of Time for good cause and for all of the reasons stated herein.

RECEIVED
AUG 07 2007
8/13/07
OFFICE OF LAW

**LAW OFFICES OF LINDA T. COX, PA**

Linda T. Cox, Esquire
1610 West Street, Suite 207
Annapolis, Maryland 21401
(410) 263-5855
Attorney for Plaintiff, Samuel F. Coates

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 6th day of August, 2007, a copy of the foregoing Motion for Extension of Time was mailed, postage prepaid to Shaem C. Spencer, City Attorney and Anndreeze H. Williams, Asst. City Attorney, City of Annapolis Office of Law, 145 Gorman Street, 3rd Floor, Annapolis, Maryland 21401, Counsel for Defendants, City of Annapolis, Michael Schreiber, Christian Tucker and Miscellaneous Unidentified Annapolis City Police Officers.

Linda T. Cox, Esquire