| | | |
|---|---|---|
| SAMUEL F.COATES | * | IN THE |
| Plaintiff | * | CIRCUIT COURT |
| v. | * | FOR |
| CITY OF ANNAPOLIS, *et. al.* | * | ANNE ARUNDEL COUNTY |
| Defendants | * | CASE NO. C-07-123199 |

***********************************************

**ORDER**

**UPON CONSIDERATION** of the Plaintiff's Motion for Extension of Time, it is this ______ day of August, 2007 by the Circuit Court for Anne Arundel County, Maryland, hereby:

**ORDERED,** that said Motion is hereby granted and that Plaintiff shall respond to Defendants' Motion to Dismiss no later than August 21, 2007.

______________________________
**JUDGE, Anne Arundel County Circuit Court**

**cc:** Shaem C. Spencer, City Attorney
Anndreeze H. Williams, Asst. City Attorney
City of Annapolis Office of Law
145 Gorman Street, 3rd Floor
Annapolis, Maryland 21401

Linda T. Cox, Esquire
Law Offices of Linda T. Cox, P.A.
1610 West Street, Suite 207
Annapolis, Maryland 21401