8-14

Office of the Director of Assignment
Circuit Court for Anne Arundel County
P.O. Box 2395
Court House, Church Circle
Annapolis, MD 21404-2395
410-222-1422 * www.circuitcourt.org

# NOTICE OF HEARING / TRIAL

Case Number: 02-C-07-123199 IT

**Case Title:** Samuel F Coates, Et Al Vs Michael Schreiber, Et Al

To: Shaem C Spencer Esq
City Of Annapolis Office Of Law
145 Gorman Street
3rd Floor
Annapolis MD 21401

**YOU ARE HEREBY NOTIFIED THAT THIS CASE IS SCHEDULED IN THE:**

CIRCUIT COURT FOR ANNE ARUNDEL COUNTY Annapolis, MD 21404-0071

| PROCEEDING | DATE AND TIME |
|---|---|
| Complex Motions Hearing | 11/26/07 01:30PM |

Remarks:
Motion to Dismiss

**NOTE**

When you arrive at the courthouse, please check the docket display monitors throughout the building for your specific courtroom assignment. If any party wishes to reschedule this event date, you must contact all opposing parties and arrange a conference call with the Assignment Office (410-222-1422) within 15 calendar days of the date of this notice to set a new date. Every effort will be made to accommodate your request subject to this court's DCM Plan.

If a request to reschedule this event is more than 15 calendar days from the date of this notice, a postponement request must be filed in accordance with MD Rule 2-508 and addressed to ATTN: Civil Department, Clerk of the Court, Circuit Court for Anne Arundel County, P.O. Box 71, Annapolis, MD 21404.

Attorneys/parties shall notify the Assignment Office immediately when a scheduled event settles.

Please notify the Court Administrator (410-222-1404) as early as possible of any reasonable accommodation needed because of disability or if language interpretation is required.

Assignment Office
Phone: 410-222-1422

Date Issued: 08/14/07

CC: Linda T Cox Esq
Michael Schreiber
Christian Tucker
Miscellaneous Unidentified Annapolis City Police Officers

RECEIVED
AUG 20 2007
8/21/07
OFFICE OF LAW