Date 8/10/07 Case No. ~~C-2004-099894~~ 07-123199

Samuel Coates v. City of Annapolis

Kindly schedule a hearing on Defendant's Motion to Dismiss before any Judge. Motion shall be set on complex docket.

Michele D. Jaklitsch
Judge

07 AUG 16 AM 8:47

AL