Date 8/20/07 Case No. 02-C-07-123199

Coates v. Schreiber

**Clerk:**
**Resubmit to the Chambers Judge after response time has elapsed.** 8/27/07

Motion to extend time is not yet ripe. Motion to dismiss already set for hearing

[signature]
Judge

2007 AUG 22 A 9:24
FILED