L41-07
11-9

IN THE CIRCUIT COURT FOR ANNE ARUNDEL COUNTY, MARYLAND

| | | |
|---|---|---|
| SAMUEL F. COATES | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Case No.: C-07-123199 |
| | * | |
| CITY OF ANNAPOLIS, *et. al.* | * | |
| Defendants | * | |

*********************************************************************

**MOTION FOR EXTENSION OF TIME BY PLAINTIFF SAMUEL F. COATES**

Samuel F. Coates, Plaintiff by his counsel, the Law Offices of Linda T. Cox, P.A. and Linda T. Cox, Esquire, pursuant to Maryland Rule § 1-204, hereby files this Motion to Continue, and for good cause state as follows:

1. That the referenced matter arises out of Plaintiff's allegations of tort and constitutional violations by members of the City Police Department on June 10, 2007.

2. That Defendants have filed a Motion to Dismiss Plaintiff's Complaint on grounds that timely tort claims notice was not provided by Plaintiff. That hearing on Defendant's Motion is currently scheduled for November 26, 2007, though Defendant's plan to request an unopposed postponement of said hearing because City Attorney Shaem Spencer is scheduled for surgery at that time.

3. That the parties have not yet conducted discovery in light of the pending Motion to Dismiss Plaintiff's Complaint.

4. That Plaintiff's counsel hereby requests 120 days continuance of the Court's August 1, 2007 Scheduling Order so that the parties may initiate and complete their discovery and timely meet all scheduling deadlines established by the Court.

RECEIVED
NOV 2007
11/13/07
OFFICE OF LAW

**WHEREFORE**, the parties respectfully request that the Court grant this Motion for Extension of Time for good cause and all of the reasons stated herein.

**Law Offices of Linda T. Cox, P.A.**

Linda T. Cox, Esquire
1610 West Street, Suite 207
Annapolis, Maryland 21401
(410) 263-5855

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 9th day of November, 2007, a copy of the foregoing Motion for Extension of Time by Plaintiff Samuel F. Coates was mailed, first class, postage prepaid to Shaem C. Spencer, Esquire, City Attorney, 145 Gorman Street, 3rd Floor, Annapolis, Maryland 21401 and Anndreeze H. Williams, Assistant City Attorney, 145 Gorman Street, 3rd Floor, Annapolis, Maryland 21401, attorneys for Defendants.

Linda T. Cox, Esquire