| | | |
|---|---|---|
| **SAMUEL F.COATES** | * | **IN THE** |
| **Plaintiff** | * | **CIRCUIT COURT** |
| **v.** | * | **FOR** |
| **CITY OF ANNAPOLIS, *et. al.*** | * | **ANNE ARUNDEL COUNTY** |
| **Defendants** | * | **CASE NO. C-07-123199** |

**************************************************

07 NOV -9 [illegible] 38

## AFFIDAVIT OF SAMUEL COATES

1. That I am over the age of 18 and as such I am competent to testify to the matters herein.

2. That I suffer from schizophrenia for which I take medication prescribed by a psychiatrist.

3. That I have a mental disability and I have only a third grade education.

4. That I did not take my schizophrenia medication at times between June of 2006 and April 2007. As a result, I was disoriented and I lost my job.

5. That during the same time period I was unable to get necessary medical treatment for my injuries arising out of the assault and battery on me by the members of the Annapolis City Police Department who are parties to this lawsuit.

6. That after this incident occurred, Officer Schreiber told me he was sorry and he tried to shake my hand. That a Police Captain called me to try to settle the case with me.

**I SOLEMNLY AFFIRM UNDER PENALTIES OF PERJURY AND UPON PERSONAL KNOWLEDGE THAT THE CONTENTS OF THE FOREGOING PAPER ARE TRUE.**

Samuel F. Coates

Samuel F. Coates

Dated: 10/30/07

*Law Offices of Linda T. Cox P.A.*
1610 West Street, Suite 207
Annapolis, Maryland 21401
(410) 263-5855
(410) 269-6556 *(Balt.)*
*Facsimile (410) 269-5155*

November 6, 2007

Robert P. Duckworth, Clerk
Anne Arundel County Circuit Court
P.O. Box 71, Suite 300
Annapolis, Maryland 21404-0071

Re: *Samuel F. Coates v.*
*City of Annapolis, et. al.*
Case No.: C-07-123199

07 NOV [illegible] 38

Dear Clerk:

Enclosed please find an Affidavit of Samuel Coates to be filed in the above referenced matter. Please date stamp the extra copy and return to this office in the enclosed, self-addressed, stamped envelope.

Thank you.

Very truly yours,

Linda T. Cox, Esquire

LTC: jlp
Enclosure