11-13

| | | |
|---|---|---|
| SAMUEL F. COATES, | * | IN THE |
| Plaintiff, | * | CIRCUIT COURT |
| v. | * | FOR |
| CITY OF ANNAPOLIS, et al., | * | ANNE ARUNDEL COUNTY |
| Defendants. | * | Case No. C-2007-123199 |

2007 NOV 13 P 12:1_

FILED

# MOTION TO CONTINUE

Defendants City of Annapolis, Michael Schreiber, Christian Tucker and "Miscellaneous Unidentified Annapolis City Police Officers" by their attorneys, Shaèm C. Spencer, City Attorney, and Anndreeze H. Williams, Assistant City Attorney, hereby request a continuance of the November 26, 2007 motions hearing in the above-captioned matter and for grounds state that:

1. The undersigned counsel for Defendants is scheduled for surgery November 20, 2007 and will be out for approximately 2-3 weeks after the procedure.

2. Counsel for Plaintiff does not oppose the continuance.

3. No other continuance has been requested by Defendants in this case.

Anndreeze H. Williams (seal)

Anndreeze H. Williams, Asst. City Attorney
City of Annapolis Office of Law
145 Gorman Street, 3rd Floor
Annapolis, Maryland 21401
(410) 263-7954
(410) 268-3916 FAX
*Counsel for Defendants, City of Annapolis, Michael Schreiber, Christian Tucker and "Miscellaneous Unidentified Annapolis City Police Officers"*

OFFICE OF LAW
CITY OF ANNAPOLIS
145 GORMAN STREET
3RD FLOOR
ANNAPOLIS, MARYLAND 21401
(410) 263-7954
(410) 268-3916 FAX

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of November, 2007, a copy of the foregoing Motion to Continue was served via first class mail, postage prepaid, to:

Linda T. Cox, Esquire
1610 West Street, Suite 207
Annapolis, Maryland 21401
*Attorney for Plaintiff*

Anndreeze H. Williams /s/
Anndreeze H. Williams

OFFICE OF LAW
CITY OF ANNAPOLIS
145 GORMAN STREET
3RD FLOOR
ANNAPOLIS, MARYLAND 21401
(410) 263-7954
(410) 268-3916 FAX