| | | |
|---|---|---|
| SAMUEL F. COATES, | * | IN THE |
| Plaintiff, | * | CIRCUIT COURT |
| v. | * | FOR |
| CITY OF ANNAPOLIS, et al., | * | ANNE ARUNDEL COUNTY |
| Defendants. | * | Case No. C-2007-123199 |

# ORDER

The Motion to Continue submitted by Defendants, City of Annapolis, Michael Schreiber, Christian Tucker and "Miscellaneous Unidentified Annapolis City Police Officers," and any response thereto, having been read and considered, it is this _______ day of _______________, 2007,

HEREBY ORDERED that Defendants' Motion to Continue is GRANTED, and the motions hearing is rescheduled from November 26, 2007 to ______________________________.

______________________________________
Judge, Circuit Court for Anne Arundel County

Copies to:

Shaèm C. Spencer, Esquire
Anndreeze H. Williams, Esquire
City of Annapolis Office of Law
145 Gorman Street, 3rd Floor
Annapolis, Maryland 21401

Linda T. Cox, Esquire
1610 West Street, Suite 207
Annapolis, Maryland 21401