IN THE CIRCUIT COURT FOR ANNE ARUNDEL COUNTY, MARYLAND

| | | |
|---|---|---|
| **SAMUEL F. COATES** | * | |
| **Plaintiff** | * | |
| **v.** | * | **Case No.: 02-C-07-123199 IT** |
| **CITY OF ANNAPOLIS, *et. al.*** | * | |
| **Defendants** | * | |

*************************************************

**AFFIDAVIT OF SERVICE**

I, Linda T. Cox, hereby certify that on the 30th day of October, 2007, at approximately 5:00 a.m./p.m., I did personally serve the following:

1. Subpoena

to Samuel F. Coates at 1610 West Street, Suite 207, Annapolis, Maryland 21401 to appear in the above captioned case.

**I HEREBY CERTIFY** that I am over the age of eighteen (18) years of age and am not a party in the above captioned case.

**I DO HEREBY SOLEMNLY DECLARE AND AFFIRM** under the penalties of perjury that the contents set forth herein are true and to the best of my knowledge, information and belief.

Linda T. Cox, Esquire
1610 West Street, Suite 207
Annapolis, Maryland 21401
(410) 263-5855

FILED
2007 NOV 14 P 12:33