L41-07
11-21

SAMUEL F. COATES, * IN THE
Plaintiff, * CIRCUIT COURT
v. * FOR
CITY OF ANNAPOLIS, et al., * ANNE ARUNDEL COUNTY
Defendants. * Case No. C-2007-123199

**ORDER**

The Motion to Continue submitted by Defendants, City of Annapolis, Michael Schreiber, Christian Tucker and "Miscellaneous Unidentified Annapolis City Police Officers," and any response thereto, having been read and considered, it is this 21st day of November, 2007,

HEREBY ORDERED that Defendants' Motion to Continue is GRANTED, and the motions hearing is rescheduled from November 26, 2007 to February 4, 2008 @ 1:30.

Judge, Circuit Court for Anne Arundel County

Copies to:

Shaèm C. Spencer, Esquire
Anndreeze H. Williams, Esquire
City of Annapolis Office of Law
145 Gorman Street, 3rd Floor
Annapolis, Maryland 21401

Linda T. Cox, Esquire
1610 West Street, Suite 207
Annapolis, Maryland 21401

RECEIVED
NOV 29 2007
11/29/07
OFFICE OF LAW