# Civil Hearing Sheet
## IN THE CIRCUIT COURT FOR ANNE ARUNDEL COUNTY

Samuel Coates, et al
**Plaintiff**
(Cox)

VS

Michael Schreiber, et al
**Defendant**
(A. Williams)

**Case No.** C-07-123199

**Date:** February 4, 2008

**Clerk:** N. Strauss; 2F

---

**Case called for Hearing on Complex Motions/ Motion to Dismiss**

**In Open Court before Judge Paul A. Hackner**

Counsel heard. Court sequestered witnesses. Testimony taken. Closing arguments. Court found Plaintiff had good cause to file late and that the late filing did not prejudice the Defendants. Court dismissed the City of Annapolis as a named Defendant without prejudice. Court denied the motion to dismiss as to the other Defendants.

08 FEB 1[illegible] [illegible] 3:15

Judge

WITNESSES

PLAINTIFF
Samuel Coates swn 2/4/08
Barbara Price swn 2/4/08

EXHIBITS

PLAINTIFF
1- List of medications (id))
2- Retainer Agreement (id))
3- Affidavit of Plaintiff (id))
4- Letter from Barbara Price (id) ONLY

DEFENDANT
A- Certified criminal arraignment hearing sheet from 8/14/06 (id))
B- Certified criminal arraignment hearing sheet from 9/11/06 (id))

CASE NO C-07-123199
DATE 2/4/08
All exhibits returned to counsel
Plaintiff/~~State~~ Defendant