| | | |
|---|---|---|
| SAMUEL F. COATES, | * | IN THE |
| | * | |
| Plaintiff, | * | CIRCUIT COURT |
| | * | |
| v. | * | FOR |
| | * | |
| CITY OF ANNAPOLIS, et al., | * | ANNE ARUNDEL COUNTY |
| | * | |
| Defendants. | * | Case No. C-2007-123199 |
| | * | |

# ANSWER

Defendants, Michael Schreiber, Christian Tucker and "Miscellaneous Unidentified Annapolis City Police Officers" by their attorneys, Shaèm C. Spencer and Anndreeze H. Williams, in answer to the Complaint, state that:

1. Pursuant to Maryland Rule 3-323(d), Defendants generally deny the allegations and resulting liability as to each count of Plaintiff's Complaint and demand strict proof thereof.

2. Defendants generally deny all averments in the complaint except to admit that Officers Schreiber and Tucker were employed as police officers with the Annapolis Police Department, that the City of Annapolis is a public authority and respectfully refer all questions of law to the Court.

3. Plaintiff's Complaint fails to state a claim upon which relief can be granted.

4. Plaintiff's Complaint is barred by the Plaintiff's assumption of risk.

5. Plaintiff's Complaint is barred by contributory negligence.

6. Plaintiff's Complaint is barred by the doctrine of governmental immunity.

7. Defendant Officers are protected from suit by qualified immunity.

8. Plaintiff's Complaint is barred by Plaintiff's failure to provide notice to the City of Annapolis.

OFFICE OF LAW
CITY OF ANNAPOLIS
145 GORMAN STREET
3RD FLOOR
ANNAPOLIS, MARYLAND 21401
(410) 263-7954
(410) 268-3916 FAX

9. If the Plaintiff sustained damages as alleged in the Complaint, which is expressly denied by answering Defendants, then such damages were caused in whole or in part by the culpable conduct of the Plaintiff.

10. Defendant's damages, if any, cannot exceed the maximum recoverable amount specified by the Courts and Judicial Proceedings Article, § 11-108, Annotated Code of Maryland.

11. Plaintiff cannot recover punitive damages because the Defendants did not act with malice or reckless indifference to Plaintiff's rights and/or did not act in any other willful or improper manner that supports an award of punitive damages.

12. Defendants acted in good faith and without the intent to violate Plaintiff's civil rights.

13. Defendants did not violate Plaintiff's constitutional and statutory rights.

14. Plaintiff's claims are frivolous.

15. Defendants' actions were justified under the circumstances.

16. Defendants raise all negative defenses pursuant to Maryland Rule 2-323(f).

17. Defendants reserve the right to assert and/or rely upon any other affirmative defense and/or further defenses established during the course of discovery.

**JURY PRAYER**

Defendants demand a trial by jury in this matter.

OFFICE OF LAW
CITY OF ANNAPOLIS
145 GORMAN STREET
3RD FLOOR
ANNAPOLIS, MARYLAND 21401
(410) 263-7954
(410) 268-3916 FAX

Shaèm C. Spencer, City Attorney

Anndreeze H. Williams, Assistant City Attorney

City of Annapolis Office of Law
145 Gorman Street, 3rd Floor
Annapolis, Maryland 21401
(410) 263-7954
(410) 268-3916 FAX
*Counsel for Defendants, Michael Schreiber, Christian Tucker and "Miscellaneous Unidentified Annapolis City Police Officers"*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of February, 2008, a copy of the foregoing Answer was served via first class mail, postage prepaid, to:

Linda T. Cox, Esquire
1610 West Street, Suite 207
Annapolis, Maryland 21401
*Attorney for Plaintiff*

Anndreeze H. Williams

H:\WPDATA\LEGAL\2007\Coates v. COA L41-07\Coates.Answer.wpd