COUNCIL • BARADEL
KOSMERL & NOLAN, P.A.
ATTORNEYS AT LAW

RONALD A. BARADEL
E-Mail: Baradel@cbknlaw.com
Telephone Extension: 3401

February 26, 2008

Linda T. Cox, Esq.
1610 West St., Ste. 207
Annapolis, MD 21401

Shaem C. Spencer, Esq.
City of Annapolis Office of Law
145 Gorman St., 3rd Flr.
Annapolis, MD 21401

Mr. Michael Schreiber
199 N. Taylor Ave.
Annapolis, MD 21401

Mr. Christian Tucker
199 N. Taylor Ave.
Annapolis, MD 21401

Re: Samuel Coates v. Michael Schreiber, et al.
Circuit Court for Anne Arundel County
Case No. 02-C-07-123199
Our File No. 6056.109

Dear Ms. Cox and Messrs. Spencer, Schreiber and Tucker:

The settlement conference in this matter will be held in my office at 9:00 a.m. on March 18, 2008. In accordance with the case management order in this case, all parties (or insurance representatives) and counsel must appear at the settlement conference.

If you haven't done so already, please complete the Confidential Attorney Case Summary form previously furnished to you, and return it to me at least one week before the date of the settlement conference. Remember, if the case is settled or dismissed, it is plaintiff's counsel's responsibility to notify me of the settlement.

Sincerely,

Ronald A. Baradel

RAB:sws

2008 MAR -7 A 10: 37
FILED