CIRCUIT COURT FOR ANNE ARUNDEL COUNTY
Robert P. Duckworth
Clerk of the Circuit Court
7 Church Circle
Post Office Box 71
Annapolis, MD 21404-0071
(410)-222-1420, TTY for Deaf: (410)-222-1429
Civil (410)222-1431

# W R I T O F S U M M O N S

Case Number: 02-C-07-123199 IT

Case Folder ID: C07123199V01

C I V I L

Samuel F Coates, Et Al Vs Michael Schreiber, Et Al

STATE OF MARYLAND, ANNE ARUNDEL COUNTY, TO WIT:

To: John Does

199 N. Taylor Avenue
Annapolis, MD 21401

You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this Court, to the attached Complaint filed by:

Samuel F Coates

WITNESS the Honorable Chief Judge of the Fifth Judicial Circuit of Maryland.

Date Issued: 03/10/08

Robert P. Duckworth
Clerk of the Circuit Court, per sga

To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOWED MAY RESULT IN A JUDGMENT BY DEFAULT TO THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.