| | | |
|---|---|---|
| **SAMUEL F. COATES** | * | **IN THE** |
| **Plaintiff** | * | **CIRCUIT COURT** |
| **v.** | * | **FOR** |
| **CITY OF ANNAPOLIS, et al.** | * | **ANNE ARUNDEL COUNTY** |
| **Defendants** | * | **CASE NO. 02-C-07-123199 IT** |

* * * * * * * * *

**ENTRY OF APPEARANCE**

Please enter the appearance of Rignal W. Baldwin, Jr., Jonathan P. Kagan and Brassel Baldwin Kagan & May, P.A., as attorneys for Defendants, City of Annapolis, Michael Schreiber, Individually and in his capacity as an Annapolis City Police Officer, Christian Tucker, Individually and in his capacity as an Annapolis City Police Officer, and Miscellaneous Unidentified Annapolis City Police Officers, Individually and in their capacity as Annapolis City Police Officers, in the above-entitled matter.

2008 APR 9 PM 11 26

Dated: April 9, 2008

Rignal W. Baldwin, Jr.
Jonathan P. Kagan
BRASSEL BALDWIN KAGAN &
MAY, P.A.
112 West Street
Annapolis, MD 21401
410-974-9200

Counsel for Defendants,
City of Annapolis, Michael Schreiber,
Christian Tucker, and Miscellaneous
Unidentified Annapolis City Police
Officers

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9TH day of April, 2008, a true and accurate copy of the foregoing Entry of Appearance was mailed first-class, postage prepaid, to:

Linda T. Cox, Esquire
Law Offices of Linda T. Cox, PA
1610 West Street – Suite 207
Annapolis, MD 21401

Attorneys for Plaintiff

Rignal W. Baldwin, Jr.